Christopher T. Micheletti (SBN 136446)
Judith A. Zahid (SBN 215418)
Qianwei Fu (SBN 242669)
**ZELLE LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
cmicheletti@zelle.com
jzahid@zelle.com
qfu@zelle.com

James R. Martin (SBN 173329)
Jennifer Duncan Hackett (*pro hac vice* forthcoming)
**ZELLE LLP**
1775 Pennsylvania Avenue, NW, Suite 375
Washington, D.C. 20006
Telephone: (202) 899-4100
jmartin@zelle.com
jhackett@zelle.com

*Attorneys for Plaintiff Craig Kelly*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD HARRIS, *individually and on behalf of all others similarly situated*,<br><br>            Plaintiff,<br><br>vs.<br><br>SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD.; VITOL INC.; DAVID NIEMANN; AND BRAD LUCAS,<br><br>            Defendants. | Case No. 5:20-cv-04293-NC<br><br>CLASS ACTION<br><br>**NOTICE OF LODGING OF RESPONSE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

NOTICE

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that on July 2, 2020, a Response in Support of Administrative Motion to consider whether the above-captioned case should be related to *Pacific Wine Distributors, Inc. v. Vitol Inc., et al.*, No. 3:20-cv-03131-JSC (N.D. Cal.), the first-filed and lowest-numbered action. A copy of that filing is attached hereto.

Dated: July 2, 2020               */s/ Christopher T. Micheletti*

Christopher T. Micheletti (SBN 136446)
Judith A. Zahid (SBN 215418)
Qianwei Fu (SBN 242669)
**ZELLE LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
cmicheletti @zelle.com
jzahid@zelle.com
qfu@zelle.com

James R. Martin (SBN 173329)
Jennifer Duncan Hackett (*pro hac vice* forthcoming)
**ZELLE LLP**
1775 Pennsylvania Avenue, NW, Suite 375
Washington, D.C. 20006
Telephone: (202) 899-4100
jmartin@zelle.com
jhackett@zelle.com

*Attorneys for Plaintiff Craig Kelly*

# APPENDIX A

Christopher T. Micheletti (SBN 136446)
Judith A. Zahid (SBN 215418)
Qianwei Fu (SBN 242669)
**ZELLE LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
cmicheletti@zelle.com
jzahid@zelle.com
qfu@zelle.com

James R. Martin (SBN 173329)
Jennifer Duncan Hackett (*pro hac vice* forthcoming)
**ZELLE LLP**
1775 Pennsylvania Avenue, NW, Suite 375
Washington, D.C. 20006
Telephone: (202) 899-4100
jmartin@zelle.com
jhackett@zelle.com

*Attorneys for Plaintiff Craig Kelly*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC WINE DISTRIBUTORS, INC.; EQUALITY WINES LLC; KELLY KESKINEN; and RYAN SCHRUM HERRERA, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br>vs.<br><br>VITOL INC.; SK ENERGY AMERICAS, INC.; and SK TRADING INTERNATIONAL CO. LTD., and DOES 1–100,<br><br>Defendants. | Case No. 3:20-cv-03131-JSC<br><br>CLASS ACTION<br><br>**RESPONSE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[N.D. Cal. Civ. L.R. 3-12, 7-11] |

| | | |
|---|---|---|
| 1 | DONALD HARRIS, *individually and on behalf of all others similarly situated*, | Case No. 5:20-cv-04293 |
| 2 | | |
| 3 | Plaintiff,<br>vs. | |
| 4 | SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD.; VITOL INC.; DAVID NIEMANN; AND BRAD LUCAS, | |
| 5 | | |
| 6 | | |
| 7 | Defendants.<br>CRAIG KELLY, *on behalf of himself and all others similarly situated*, | Case No. 4:20-cv-04339 |
| 8 | | |
| 9 | Plaintiff,<br>vs. | |
| 10 | SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD.; VITOL INC.; DAVID NIEMANN; AND BRAD LUCAS, | |
| 11 | | |
| 12 | | |
| 13 | Defendants. | |

RESPONSE IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES

The undersigned represent Plaintiff Craig Kelly in *Kelly v. SK Energy Americas Inc. et al*, No. 4:20-cv-04339-KAW (N.D. Cal., filed June 30, 2020). On June 30, 2020, Plaintiffs Pacific Wine Distributors, Inc. ("PWDI"), Equality Wines LLC, Kelly Keskinen, and Ryan Schrum-Herrera in the above-captioned action (the "*PWDI* action") filed an administrative motion to consider whether the following two recently-filed cases should be related (ECF No. 62):

- *Harris v. SK Energy Americas Inc. et al*, No. 5:20-cv-04293-NC (N.D. Cal., filed June 29, 2020); and

- *Kelly v. SK Energy Americas Inc. et al*, No. 4:20-cv-04339-KAW (N.D. Cal., filed June 29, 2020).

Plaintiff Kelly respectfully submits this response in support of the Administrative Motion. The *Harris* and *Kelly* actions are related to the *PWDI* action because all three actions involve substantially the same subject matter and parties. Duplication of labor and expense or conflicting results are likely if the cases are conducted separately. Given the closely related nature of these cases, each involving substantially similar questions of law and fact, the assignment of these actions to the same judge would serve the interests of judicial economy and avoid the potential for conflicting rulings.

Accordingly, Plaintiff Kelly respectfully requests that the *Harris* and *Kelly* actions be related to this action for further proceedings.[1]

Dated: July 2, 2020      */s/ Christopher T. Micheletti*

    Christopher T. Micheletti (SBN 136446)
    Judith A. Zahid (SBN 215418)
    Qianwei Fu (SBN 242669)
    **ZELLE LLP**
    44 Montgomery Street, Suite 3400
    San Francisco, CA 94104
    Telephone: (415) 693-0700
    cmicheletti@zelle.com
    jzahid@zelle.com
    qfu@zelle.com

---

[1] By joining the Stipulation and [Proposed] Order Regarding Consolidation of Related Actions, ECF No. 63 (June 30, 2020), Plaintiff Kelly has also consented to these matters being assigned to Magistrate Judge Corley in this litigation for all purposes.

James R. Martin (SBN 173329)
Jennifer Duncan Hackett (*pro hac vice* forthcoming)
**ZELLE LLP**
1775 Pennsylvania Avenue, NW, Suite 375
Washington, D.C. 20006
Telephone: (202) 899-4100
jmartin@zelle.com
jhackett@zelle.com

*Attorneys for Plaintiff Craig Kelly*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC WINE DISTRIBUTORS, INC.; EQUALITY WINES LLC; KELLY KESKINEN; and RYAN SCHRUM HERRERA, *individually and on behalf of all others similarly situated*,<br><br>                    Plaintiffs,<br>vs.<br><br>VITOL INC.; SK ENERGY AMERICAS, INC.; and SK TRADING INTERNATIONAL CO. LTD., and DOES 1–100,<br><br>                    Defendants. | Case No. 3:20-cv-03131-JSC<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>**(Civ. L.R. 3-12, 7-11)**<br><br>Related Case Nos.:<br>• 20-cv-04293<br>• 20-cv-04339 |
| DONALD HARRIS, *individually and on behalf of all others similarly situated*,<br><br>                    Plaintiff,<br>vs.<br><br>SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD.; VITOL INC.; DAVID NIEMANN; AND BRAD LUCAS,<br><br>                    Defendants. | |

| | |
|---|---|
| CRAIG KELLY, *on behalf of himself and all others similarly situated*, | |
| Plaintiff, | |
| vs. | |
| SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD.; VITOL INC.; DAVID NIEMANN; AND BRAD LUCAS, | |
| Defendants. | |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES

On July 2, 2020, Plaintiff in *Kelly v. SK Energy Americas Inc. et al*, No. 4:20-cv-04339-KAW (N.D. Cal.) filed a Response in Support of Administrative Motion to Consider Whether Cases Should Be Related. Having considered the papers and pleadings on file, the Court GRANTs the Motion and ORDERS the Clerk to relate the following cases to *Pacific Wine Distributors, Inc. v. SK Energy Americas, Inc. et al*, No. 3:20-cv-03131-JSC (N.D. Cal.):

- *Harris v. SK Energy Americas Inc. et al*, No. 5:20-cv-04293-NC (N.D. Cal., filed June 29, 2020); and
- *Kelly v. SK Energy Americas Inc. et al*, No. 4:20-cv-04339-KAW (N.D. Cal., filed June 29, 2020)

**IT IS SO ORDERED.**

DATE: _____

HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

---

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES