1  Michael P. Lehmann (SBN 77152)
   Christopher L. Lebsock (SBN 184546)
2  Samantha J. Stein (SBN 302034)
   HAUSFELD LLP
3  600 Montgomery Street, Suite 3200
   San Francisco, CA 94104
4  Telephone: (415) 633-1908
   Facsimile: (415) 358-4980
5  mlehmann@hausfeld.com
   clebsock@hausfeld.com
6  sstein@hausfeld.com

7  *On behalf of Plaintiffs and the Proposed Class*

8

9

10                    **UNITED STATES DISTRICT COURT**
11                    **NORTHERN DISTRICT OF CALIFORNIA**
12                         **SAN FRANCISCO DIVISION**

13 | PACIFIC WINE DISTRIBUTORS, INC.; EQUALITY WINES LLC; KELLY KESKINEN; and RYAN SCHRUM-HERRERA, *individually and on behalf of all others similarly situated*, | Case No. 3:20-cv-03131-JSC |
   | --- | --- |
   | | CLASS ACTION |
   | Plaintiffs, vs. | **[PROPOSED] ORDER RELATING CASES AND GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
   | VITOL INC.; SK ENERGY AMERICAS, INC.; and SK TRADING INTERNATIONAL CO. LTD., and DOES 1–100, | [N.D. Cal. Civil L.R. 3-12, 7-11] |
   | Defendants. | Related Case Nos.:<br>• 20-cv-04293<br>• 20-cv-04339 |

Having considered the above-captioned Plaintiffs' Administrative Motion to Consider Whether the Cases Should Be Related, as well as the pleadings on file, the Court GRANTS the Motion and ORDERS the Clerk to relate the following later-filed cases to the first-filed action of *Pacific Wine Distributors, Inc. v. SK Energy Americas, Inc. et al*, No. 3:20-cv-03131-JSC (N.D. Cal., filed May 6, 2020):

- *Harris v. SK Energy Americas Inc. et al*, No. 3:20-cv-04293-NC (N.D. Cal., filed June 29, 2020)[1]; and
- *Kelly v. SK Energy Americas Inc. et al*, No. 3:20-cv-04339-KAW (N.D. Cal., filed June 29, 2020).

**IT IS SO ORDERED.**

Dated:   July 1   , 2020

HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Judge Cousins *sua sponte* filed an Order as to whether these cases should be related shortly after the *Harris* action was filed.